IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK T. ARCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY HOFFMAN, UNITED STATES DEPARTMENT OF ENERGY, WESTERN AREA POWER ADMINISTRATION,<br><br>    Defendant.<br>_____/ | No.  CIV.S-06-0265 MCE DAD PS<br><br><u>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS, DIRECTING CLERK TO SEND MATERIALS FOR SERVICE, AND REQUIRING SERVICE BY UNITED STATES MARSHAL</u> |

This proceeding was referred to the undersigned by Local Rule 72-302(c)(21).  Liberally construed, plaintiff's pro se complaint alleges a claim for negligence under the Federal Tort Claims Act ("FTCA") arising out of a motor vehicle accident involving a truck operated by the Western Area Power Administration ("WAPA"), an agency of the United States Department of Energy.  The complaint alleges that plaintiff's vehicle was damaged from debris falling from the government truck on the highway.

/////

1

Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted.

2. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for United States Marshal service of process, along with a USM-285 form and a summons form for the defendant for which service is authorized, as well as a copy of plaintiff's endorsed filed complaint.

3. Plaintiff shall follow the instructions, submitting the completed materials for service and a copy of this order directing service to the United States Marshal. Plaintiff shall submit the necessary materials to the United States Marshall within thirty (30) days of being served with this order.

4. Within thirty (30) days of receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant United States. See Fed. R. Civ. P. 4(i); see also Kennedy v. United States Postal Service, 145 F.3d 1077, 1078 (9th Cir. 1998)("the United States is the only proper party defendant in an FTCA action").

DATED: April 28, 2006.

DAD:th
ddad1\orders.prose\archer.ifp.serve

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2