McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| PATRICK T. ARCHER,<br><br>          Plaintiff,<br><br>     v.<br><br>GARY HOFFMAN, U.S. DEPARTMENT OF<br>ENERGY, WESTERN AREA POWER<br>ADMINISTRATION,<br><br>          Defendants. | NO. 2:06-CV-0265-MCE-DAD-PS<br><br><br><br><br>STIPULATION FOR DISMISSAL;<br>ORDER OF DISMISSAL |


     Pursuant to the terms of a written Settlement Agreement, and

pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate

that the complaint in this action be dismissed with prejudice, with

the parties bearing their own fees and costs.

DATED: June 5, 2006          McGREGOR W. SCOTT
                             United States Attorney



                        By:   /s/ John F. Gisla
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States

1

DATED: June 2, 2006          /s/ Patrick T. Archer
                             PATRICK T. ARCHER
                             Plaintiff Pro Se


                        ORDER OF DISMISSAL

     Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this
action is dismissed with prejudice.

DATED: June 20, 2006



                             _____
                             MORRISON C. ENGLAND, JR
                             UNITED STATES DISTRICT JUDGE

2